# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

March 17, 2015

150214(39)

KAREN ELAINE KEYWORTH, Personal
Representative of the Estate of ANDREW BALL,
JR., and ELAINE PULLEN BALL,
            Plaintiffs-Appellees,

v

STATE OF MICHIGAN, DEPARTMENT OF
MILITARY AND VETERANS' AFFAIRS, and
GRAND RAPIDS HOME FOR VETERANS,
            Defendants-Appellants.
_____/

SC: 150214
COA: 314861
Ct of Claims: 12-000128-MH

On order of the Chief Justice, the motion of the South Haven Community Hospital Authority, the West Shore Medical Center, and the Kalkaska Memorial Health Center to participate as amici curiae is GRANTED. The amicus brief submitted on March 5, 2015, in support of defendants-appellants' application for leave to appeal is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2015

